UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-12220-RGS

RICHARD MARTIN

v.

GENEDX

MEMORANDUM AND ORDER

August 11, 2015

STEARNS, D.J.

Plaintiff Richard Martin initiated this action on June 2, 2015, by filing a complaint accompanied by an Application to Proceed in District Court Without Prepaying Fees or Costs (Application). By Memorandum and Order dated June 29, 2015, Martin's Application was denied without prejudice and he was directed to show good cause why his complaint should not be transferred to the United States District Court for the District of Maryland. See Docket No. 5. Martin filed a renewed Application, which was granted by Electronic Order. See Docket No. 12. He also filed an ex-parte motion seeking to file electronically, see Docket No. 8, and a motion to seal the case. See Docket No. 13.

By Electronic Order dated July 10, 2015, Martin was granted thirty days -- until August 7, 2015 -- to show cause why, based on the "duty of inquiry," his claims should not be dismissed for falling outside the three-year statute of limitations. See Docket No. 9. By Electronic Order dated July 23, 2015, Martin was reminded that he has until August 7, 2015 to show cause why his claims should not be dismissed for falling outside the three-year statute of limitations for tort claims. See Docket No. 11.

On August 7, 2015, Martin filed his show cause response. In his response to the court's show cause Order, Martin fails to offer any explanation that would justify his inordinate delay in bringing this matter. ACCORDINGLY, for the reasons stated above, it is hereby Ordered that this action is DISMISSED in its entirety. The pending motions are DENIED.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE